# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| **BRADY J. YOUNG and ASHLEY K. YOUNG,**<br><br>Plaintiffs,<br><br>v.<br><br>**ACCESS MORTGAGE, ET AL.,**<br><br>Defendants. | **ORDER ADOPTING REPORT & RECOMMENDATION**<br><br>Case No. 2:10CV703DAK |

This case was assigned to United States District Court Judge Dale A. Kimball, who referred it to United States Magistrate Judge David Nuffer under 28 U.S.C. § 636(b)(1)(B) after Plaintiffs' counsel withdrew. On February 14, 2011, Judge Nuffer issued a Memorandum Decision and Report and Recommendation to Dismiss the Case, recommending that Plaintiffs' case be dismissed for failure to comply with the court's orders and for failure to prosecute.

The Report and Recommendation also notified the parties that they had fourteen days after receipt of the Report and Recommendation to file any objections to it. No objection has been filed to the Report and Recommendation as of the date of this Order.

The court has reviewed the file *de novo*. The court agrees with Judge Nuffer's recommendation. Since the withdrawal of their counsel, Plaintiffs have failed to participate in this action and ignored several orders of the court. As Plaintiffs it is their duty to prosecute the case and there has been no communication with the court. The court approves and adopts the Report and Recommendation in its entirety. Accordingly, Plaintiffs' case is dismissed for failing

to comply with orders of the court and failing to prosecute the case.

DATED this 4th day of March, 2011.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge